# United States Bankruptcy Court
## District of New Mexico

**In re**

Jet Sales West LLC

**Debtor(s)**

Case No. _____

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . .     $0.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . .     $0.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $0.00

2. The source of the compensation to be paid to me was:
   ☐ Debtor         ☑ Other (specify) Byrum Family Trust and Tohme Family Trust

3. The source of compensation to be paid to me is:
   ☐ Debtor         ☑ Other (specify) Byrum Family Trust and Tohme Family Trust

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/20/2020
_____
*Date*

/s/ Larry Fields
_____
*Signature of Attorney*

Larry Fields
Larry G. Fields, Attorney
Larry Fields, Attorney
2809 Riverside Dr
Roswell, NM 88201
Phone: (915) 549-7566

Larry G. Fields, Attorney
_____
*Name of law firm*

Date: 11/20/2020
_____

/s/ Lyle Byrum
_____
**Jet Sales West LLC**